IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 11-52 |
| | : | |
| JOSEPH J. KUBACKI | : | |

## O R D E R

**AND NOW**, this **16th** day of **August, 2011,** for the reasons stated in the memorandum dated August 16, 2011, it is hereby **ORDERED** that the Government's motion in limine to admit evidence of Defendant's alcohol use (doc. no. 25) is **GRANTED.**

**AND IT IS SO ORDERED.**

  s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**